1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUNICE JOHNSON, individually, on behalf of all others similarly situated, and the general public, | CASE NO.:  3:14-cv-01570 MMC |
| Plaintiff, | **CLASS ACTION** |
| v. | [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO  DISMISS PLAINTIFF'S COMPLAINT** |
| TRIPLE LEAF TEA INC.; | |
| Defendant. | |

1
2
3

Pending before this Court is the parties' Joint Stipulation to Extend Briefing Schedule for Defendant's Motion to Dismiss Plaintiff's Complaint.  Having read and considered the moving papers, and good cause appearing, this Court GRANTS the Motion.

4

The briefing schedule is amended as follows:

5
6

**June 18, 2014**:  Plaintiff's deadline to file and serve Opposition to Defendant's Motion to Dismiss

7
8

**June 27, 2014**:  Defendant's deadline to file and serve Reply in support of Defendant's Motion to Dismiss

9
10

**July 25, 2014**:  Hearing on Defendant's Motion to Dismiss (Dkt. No. 14)

11
12

**IT IS SO ORDERED.**

13

Dated: May 29, 2014 _____

By: _____
Hon. Maxine M. Chesney
United States District Court Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

*Johnson v. Triple Leaf Tea Inc.*, Case No. 3:14-cv-01570
[PROPOSED] ORDER