IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNICE JOHNSON, | No. C-14-1570 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| TRIPLE LEAF TEA INC., | |
| Defendant. / | |

Before the Court is the parties' Joint Case Management Statement, filed September 4, 2014, in which the parties note that defendant's motion to dismiss is under submission.

In light of the pendency of the motion to dismiss, the Court hereby CONTINUES the case management conference from September 12, 2014, to October 24, 2014, at 10:30 a.m. The parties shall file a joint case management statement no later than October 17, 2014.

**IT IS SO ORDERED.**

Dated: September 9, 2014

MAXINE M. CHESNEY
United States District Judge