<div style="float:left">United States District Court<br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNICE JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>TRIPLE LEAF TEA INC.,<br><br>    Defendant.<br>_____/ | No. C-14-1570 MMC<br><br>**ORDER GRANTING JOINT EX PARTE MOTION TO FILE UNDER SEAL CERTAIN INFORMATION** |

    Before the Court is the parties' "Stipulation and Joint Ex Parte Motion to File Under Seal Certain Information" ("Joint Ex Parte Motion"), filed May 15, 2015, by which the parties seek to file under seal certain financial information contained in the Declaration of Vincent Lam. The Declaration of Vincent Lam is filed by defendant in support of the parties' "Joint Motion for an Order (1) Granting Preliminary Approval of Class Action Settlement, (2) Certifying Settlement Class, (3) Appointing Class Representatives and Class Counsel, (4) Approving Notice Plan, and (5) Setting Final Approval Hearing" ("Joint Motion"), also filed May 15, 2015. Having read and considered the Joint Ex Parte Motion, the Court rules as follows.

    As defendant has made a sufficient showing that the subject information should not be made available to the public, the request to seal is narrowly tailored, and the subject financial information has been provided to plaintiff, the Joint Ex Parte Motion is hereby

GRANTED, and the Court will consider the subject information for the limited purpose of determining whether to grant the parties the relief sought in the Joint Motion.

Should the Court grant the Joint Motion, a settlement class will be certified. To the extent the parties thereafter may wish the Court to consider the subject financial material in connection with a motion for final approval of the settlement, the parties should be prepared to either allow the class timely access to the subject material, see Fed. R. Civ. P. 23(e)(5) (providing class members have right to object to proposed settlement), or, alternatively, to provide authority to support a finding that the Court may consider evidence not made available to the class.

**IT IS SO ORDERED.**

Dated: June 3, 2015

MAXINE M. CHESNEY
United States District Judge