**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUNICE JOHNSON, individually, on behalf of all others similarly situated, and the general public,<br><br>　　　Plaintiff,<br><br>v.<br><br>TRIPLE LEAF TEA INC.;<br><br>　　　Defendant. | CASE NO.: 3:14-cv-01570 MMC<br>CLASS ACTION<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO AMEND THE DATE FOR FILING FEE MOTION IN PRELMINARY APPROVAL ORDER (DKT. NO. 53)**<br><br><br>Judge:　　　Hon. Maxine M. Chesney<br>Courtroom:　 7 (19th Floor) |

This Court, having read Plaintiff's *Ex Parte* Application to Amend the Date for Filing Plaintiff's Fee Motion in the Order Preliminarily Approving Class Action Settlement (Dkt. No. 53, "PA Order"), Defendant having no opposition to the application, and good cause therefore appearing, Plaintiff's *Ex Parte* Application is **GRANTED**.

The PA Order is hereby amended to set the deadline for filing Plaintiff's fee and incentive award motion to August 15, 2015.  All other portions of the PA Order remain in full force and effect.

**IT IS SO ORDERED**.

Dated:  August 24 , 2015

Hon. Maxine M. Chesney
Senior U.S. District Court Judge

1

*Johnson v. Triple Leaf Tea Inc.*, Case No. 3:14-cv-01570
ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO AMEND PRELIMINARY APPROVAL ORDER