IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNICE JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>TRIPLE LEAF TEA, INC.<br><br>  Defendant.<br>_____/ | No. C-14-1570 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

   On September 8, 2015, plaintiff electronically filed her "Supplemental Memorandum of Points and Authorities in Support of Plaintiff's Motion for Attorney's Fees, Costs and Incentive Award Pursuant to Dkt. No. 57," as well as two declarations in support thereof. Plaintiff has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

   Plaintiff is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Plaintiff is hereby advised that if she fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the

record any electronically-filed document for which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated:  September 22, 2015

_____
MAXINE M. CHESNEY
United States District Judge